# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-3219
LT Case Nos. 2018-DP-118

———————————————

H.S., Mother of C.G., H.E., and
L.S., Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Lake County.
Cary Frank Rada, Judge.

Lawrence P. Cartelli, of Lawrence P. Cartelli, P.A., Tavares, for
Appellant.

Rachel Batten, of Children's Legal Services, Department of
Children and Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Statewide Guardian
ad Litem Office, Tallahassee, and Jamie Billotte Moses, of
Holland & Knight, LLP, Orlando, for Guardian ad Litem o/b/o
C.G., H.E., and L.S.

April 1, 2024

PER CURIAM.

AFFIRMED.

HARRIS, BOATWRIGHT, and PRATT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————